# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL TODD BOTELHO,
                    Appellant,
          vs.
RENO JUSTICE COURT,
                    Respondent.

No. 73331

**FILED**

JUL 1 7 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a justice court order forwarding documents to the district court.

Appellant filed this pro se appeal on June 14, 2017. On July 3, 2017, appellant filed a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. *See* NRAP 42(b). Accordingly, we ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Patricia A. Lynch, Justice of the Peace
       Hon. Jerome Polaha
       Michael Todd Botelho
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk
       Reno Justice Court

SUPREME COURT
OF
NEVADA

(O) 1947A

17-23617